IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DARIUS J. PALMER,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:18-CV-03146-N-BH |
| § | |
| **NISSAN FINANCE, NMAC, EXPERIAN** § | |
| **CORP., EQUIFAX, TRANSUNION,** § | |
| **INNOVIS DATA SOLUTIONS,** § | |
| **ANONYMOUS ATTORNEY 1, and** § | |
| **ANONYMOUS BUSINESSES,** § | |
| § | |
| *Defendants*. § | |

**DEFENDANTS NISSAN FINANCE AND NMAC'S CORPORATE
DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Defendant Nissan Motor Acceptance Corporation ("***NMAC***") improperly named as Nissan Finance and NMAC files its Corporate Disclosure Statement and Certificate of Interested Persons.

NMAC is a California corporation that is 100% owned by Nissan North America, Inc. ("NNA"), a California corporation. Neither NMAC nor NNA is traded publicly. NNA is 100% owned by Nissan Motors Ltd. ("NML"), a Japanese corporation publicly traded on Nikkei exchange. A controlling interest is NML is owned by Renault, SA, a French corporation.

The following entities and/or persons are financially interested in the outcome of this case:

1)   Darius J. Palmer;
2)   NMAC;
3)   Experian Information Solutions Inc.;
4)   Equifax;
5)   Transunion LLC; and
6)   Innovis Data Solutions

690845.1

Respectfully submitted,

By: */s/ Aimee G. Szygenda*
    **R. DWAYNE DANNER**
    State Bar No. 00792443
    **AIMEE G. SZYGENDA**
    State Bar No. 24027054
    **MCGLINCHEY STAFFORD, PLLC**
    Three Energy Square
    6688 North Central Expressway, Suite 400
    Dallas, Texas 75206
    Telephone: (214) 445-2445
    Facsimile:  (214) 445-2450
    ddanner@mcglinchey.com
    aszygenda@mcglinchey.com

***ATTORNEYS FOR NISSAN MOTOR ACCEPTANCE CORPORATION***

## CERTIFICATE OF SERVICE

I hereby certify that on the December 7, 2018, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system and to Plaintiff *pro se* at:

<u>Via First Class and Certified Mail/RRR 9414 7266 9904 2022 7515 69</u>

Darius J. Palmer
3017 Mill Creek Way
Forney, TX 75126
***Pro Se Plaintiff***


    */s/ Aimee G. Szygenda*
    **AIMEE G. SZYGENDA**