IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARIUS J. PALMER,<br>　　　Plaintiff,<br><br>v.<br><br>NISSAN FINANCE, NMAC, EXPERIAN<br>CORP., EQUIFAX, TRANSUNION,<br>INNOVIS DATA SOLUTIONS,<br>ANONYMOUS ATTORNEY 1,<br>ANONYMOUS BUSINESSES<br>CLAIMING TO BE CREDITORS,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:18-CV-3146-N(BH) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the plaintiff's *Motion to Strike, Overrule, and Deny Defendants Motion to Remove and to Remand and Proceed Regarding Substantive and Common Law Jural Rights Protections*, filed January 8, 2019 (doc. 24) is **GRANTED in part**, *Defendant Innovis's Motion to Dismiss or, in the alternative, for a More Definite Statement*, filed November 30, 2018 (doc. 6), *Defendant Trans Union LLC's 12(B)(6) Motion to Dismiss Plaintiff's Complaint*, filed December 5, 2018 (doc. 11), and *Defendant Experian Information Solutions, Inc.'s Motion for Judgment on the Pleadings,* filed December 18, 2018 (doc. 16) are **DENIED as moot**. The case will be remanded to the 422nd District Court of Kaufman County, Texas by separate judgment.

**SIGNED** this 28th day of August, 2019.

                                                  UNITED STATES DISTRICT JUDGE